# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTURO FRANCO PALOMAR, JR.,** | NO. CV 12-4755-GHK (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| **RON BARNES, WARDEN,** | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  9/25/14  .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE